**Dismissed and Memorandum Opinion filed January 17, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00864-CV

---

## TARIN ARCHIBALD NGUYEN, Appellant

## V.

## TUAN M. NGUYEN, Appellee

---

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2016-45631**

---

## M E M O R A N D U M      O P I N I O N

This is an appeal from a judgment signed December 8, 2017. The notice of appeal was filed October 5, 2018. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On November 29, 2018, this court ordered appellant to pay the appellate filing fee on or before December 14, 2018, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.